UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JENNIFER BAILEY and**
**DOROTHEA BOYCE,**

    Plaintiff,

v				**Case No. 1:12cv00938**

**ACCOUNTS RECEIVABLE**			Hon. Robert J. Jonker
**MANAGEMENT, INC.,** a New
Jersey corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    The parties have agree to settle this lawsuit and intend to file a Stipulation of Dismissal as to all parties, with prejudice, no later than December 15, 2012.

    LAW OFFICES OF STEVEN A. SIMAN, P.C.
    /s/ Steven A. Siman
    Steven A. Siman (P20480)
    Attorney for Defendant
    3250 West Big Beaver, Suite 344
    Troy, Michigan 48084-2902
    (248) 643-4700
    sas@simanlaw.net

Dated:  November 19, 2012