UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER BAILEY and
DOROTHEA BOYCE,
    Plaintiff,
-vs.-                                                   Case No. 1:12-cv 938
                                                         Hon. Robert J. Jonker

ACCOUNTS RECEIVABLE MANAGEMENT, INC.
a New Jersey corporation,
    Defendant.
_____

**STIPULATION TO DISMISS**
**CASE WITH PREJUDICE AND WITHOUT COSTS**

      The parties stipulate to the dismissal of this case with prejudice and without costs to either party.


/s/ Gary Nitzkin                                               /s/ Steven A. Siman
Gary D. Nitzkin (P41155)                        Steven A. Siman (P20480)
Attorney for Plaintiff                                Attorney for Defendant
Nitzkin & Associates                                3250 West Big Beaver Road, Suite 344
22142 West Nine Mile Road                Troy, MI 48084-2902
Southfield, Michigan  48034                (248) 643-4700
(248) 353-2882                                              sas@simanlaw.net
gnitzkin@creditor-law.com

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER BAILEY and
DOROTHEA BOYCE,
    Plaintiff,

-vs.-                                          Case No. 1:12-cv 938
                                                  Hon. Robert J. Jonker

ACCOUNTS RECEIVABLE MANAGEMENT, INC.
a New Jersey corporation,
    Defendant.
_____

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COST

At a session of court held in the United States District Court for the Western District of Michigan

on _____

Present: Hon. _____

    The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the promises therein;

    **IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without cost to either party.

Dated:  December 20, 2012                /s/ Robert J. Jonker
                                                      _____
                                                      Judge of United States District Court